IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCES L. SCHAFER | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| DECISION ONE MORTGAGE CORPORATION, et al. | : | |
| Defendants. | : | NO. 08-5653 |

**ORDER**

AND NOW, this 29th day of May, 2009, following briefing and an oral argument on April 3, 2009, it is hereby ORDERED that:

1. The Motion of Defendants Decision One and HSBC to Dismiss Civil Complaint of Frances L. Schafer (Docket No. 2) is GRANTED;

2. The Motion of Defendant Greenwich Financial Products to Dismiss Plaintiff's Complaint (Docket No. 7) is GRANTED;

3. The Motion of Plaintiff to Remand this Action to State Court (Docket No. 9) is MOOT; and

4. The Motion of Defendants Decision One and HSBC to Sever Plaintiff's claims Against Greenwich Capital Financial Products, Inc. or Alternatively to Drop Greenwich as a Party Defendant, Pursuant to Rule 21 of the Federal Rules of Civil Procedure (Docket No. 11) is MOOT.

The Clerk of Court is instructed to CLOSE this case for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE