IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCES L. SCHAFER** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | |
| **DECISION ONE MORTGAGE CORPORATION, et al.** | : | |
| **Defendants.** | : | **NO. 08-5653** |

## ORDER

AND NOW, this 30th day of June, 2009, upon consideration of Plaintiff's Motion for Reconsideration (Docket No. 25), it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE